IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

JIMMY D. RODGERS, )
)
    Plaintiff, )
)
vs. ) No. CIV-12-307-W
)
BECKY GUFFY et al., )
)
    Defendants. )

FILED
APR 06 2012
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

## ORDER

On March 23, 2012, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this matter and, having determined that the plaintiff, Jimmy D. Rodgers, had adequate funds in his institutional savings account to prepay the filing fee, recommended that the Court deny Rodgers' Motion for Leave to Proceed in Forma Pauperis.

Rodgers was advised of his right to contest Magistrate Judge Roberts' findings and conclusions, but he has advised the Court that he has no objection to the Report and Recommendation. See Doc. 6.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 5] filed on March 23, 2012;

(2) DENIES Rodgers' Motion for Leave to Proceed in Forma Pauperis [Doc. 2] file-stamped March 21, 2012;

(3) ORDERS Rodgers to prepay the filing fee in full in the sum of $350.00 no later than April 27, 2012; and

(4) ADVISES Rodgers that his failure to pay this amount to the Clerk of the Court by April 27, 2012, will result in dismissal of this action without prejudice to refiling.

ENTERED this 6th day of April, 2012.

LEE R. WEST
UNITED STATES DISTRICT JUDGE